**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

BRIAN SCOTT SCHWARM                                                                             PLAINTIFF
ADC #154761

V.                                         NO: 5:14CV00276 JM/HDY

CONNIE HUBBARD *et al.*                                                                      DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT the motion for summary judgment filed by Defendants James T. Banks, Rory L. Griffin, and Ray Hobbs (docket entry #45), is GRANTED, Plaintiff's claims against Banks, Griffin, and Hobbs, are DISMISSED WITHOUT PREJUDICE, and Banks, Griffin, and Hobbs, are removed as party Defendants.

DATED this 2nd day of March, 2015.

_____
UNITED STATES DISTRICT JUDGE